**Donald L. COLE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 50353.**

Missouri Court of Appeals, Western District.

July 18, 1995.

Sysan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and LOWENSTEIN and ELLIS, JJ.

### ORDER

PER CURIAM:

Appeal from denial of a Rule 24.035 post-conviction motion alleging ineffective assistance of counsel. Appellant was convicted of first degree assault, § 565.050, RSMo 1986 and armed criminal action, § 571.015, RSMo 1986 and sentenced to two concurrent terms of 30 years' imprisonment.

Affirmed. Rule 84.16(b).